**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE OSCAR SAJQUIM GUILLERMO,<br>Petitioner,<br>v.<br>OTAY MESA DETENTION CENTER WARDEN, et al.,<br>Respondents. | Case No.: 3:26-cv-02397-RBM-MMP<br><br>**ORDER REQUIRING STATUS REPORT** |

On August 26, 2026, Petitioner Jose Oscar Sajquim Guillermo ("Petitioner") filed an Amended Petition for Writ of Habeas Corpus ("Amended Petition") pursuant to 28 U.S.C. § 2241. (Doc. 10.) On September 11, 2026, Respondents timely filed a Response to the Petition. (Doc. 13.) Respondents argue the Petition should be denied as moot because "a bond hearing is scheduled for September 18, 2026," but alternatively "request the Court stay this matter until Petitioner's bond hearing has concluded and Respondents have an opportunity to apprise the Court on the outcome of the hearing." (*Id.* at 2–3.)

Respondents are **ORDERED** to file a Status Report on or before **November 11, 2026,** indicating: (1) whether the bond hearing scheduled for September 18, 2026 (*see* Doc. 13 at 2) was held and, if so, the outcome of that bond hearing; and (2) Petitioner's current status.

**IT IS SO ORDERED**.

DATE: November 4, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE